UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

IN THE MATTER OF
$24,230.00 U.S. CURRENCY
$228,880.00 U.S. CURRENCY
2010 ROLLS ROYCE GHOST
VIN SCA664S55AUX48642

CIVIL ACTION NO. 20-CV-

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who alleges the following:

## NATURE OF THE ACTION

This is a civil action in rem brought to forfeit and condemn to the United States 1) $24,230.00 in U.S. currency, 2) $228,880.00 in U.S. currency, and 3) a 2010 Rolls Royce Ghost, VIN SCA664S55AUX48642 (collectively, the "defendant property"), representing moneys furnished or intended to be furnished by any person in exchange for a controlled substance, or are proceeds traceable to such an exchange, or are moneys used or intended to be used to facilitate a drug offense, in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq.   Therefore, the defendant property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

## JURISDICTION AND VENUE

The United States brings this action in rem in its own right to forfeit and condemn the defendant property.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881(a)(6).

This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district, pursuant to 28 U.S.C. § 1395.

## THE DEFENDANT IN REM

The defendant property consists of 1) $24,230.00 in U.S. currency, 2) $228,880.00 in U.S. currency, and 3) a 2010 Rolls Royce Ghost, VIN SCA664S55AUX48642 (collectively, the "defendant property"), seized on January 17 and 18, 2019.

## FACTS

Since 2017, the United States Drug Enforcement Agency ("DEA") has been conducting an investigation of the drug trafficking activities of Francisco Palma ("Palma") and others. Palma is suspected of being a cocaine and heroin dealer in and around the Baton Rouge, Louisiana area. During the course of the investigation, Palma was residing at 2757 East Lakeshore Drive, Baton Rouge, Louisiana 70808.

On October 18, 2018, law enforcement officers, through intercepted wire communications, learned that Palma was arranging the sale of 10 ounces of cocaine. Palma told the alleged buyer to meet him at a Pep Boys Auto Parts Store on Airline Hwy. in Baton Rouge. Less than an hour later, DEA agents observed Palma arrive at the Pep Boys driving a white 2015 Chevrolet Tahoe. Palma parked a short distance away from a 2007 gray Nissan Frontier. During their surveillance of Palma, the DEA confirmed Palma as the driver and sole occupant of the Chevrolet Tahoe. A records check of the Chevrolet Tahoe revealed that this vehicle was registered to Palma's

2

girlfriend, Brittany Allison, 2757 East Lakeshore Drive, Baton Rouge, LA 70808. An alleged buyer of narcotics exited the Nissan Frontier and entered the Chevy Tahoe. At approximately 12:58 p.m., the Tahoe departed the Pep Boys and returned to the parking lot at approximately 1:02 p.m., without making any stops. DEA agents maintained continuous surveillance of the Chevy Tahoe. Upon returning to the Pep Boys parking lot, the Chevy Tahoe stopped behind the Nissan Frontier. At approximately 1:05 p.m., the alleged buyer exited the Tahoe with a brown bag and entered the Nissan Frontier. The agents observed Palma drive the white Tahoe directly to his residence at 2757 East Lakeshore Drive, and park in the carport attached to the residence. The agents also observed Palma exit the Tahoe and begin walking towards the residence. The agents believed that Palma conducted a drug trafficking transaction at the Pep Boys, and that Palma exchanged controlled substances to the alleged buyer in exchange for cash.

On November 29, 2018, law enforcement officers learned through intercepted wire communications that Palma was arranging the sale of nine ounces of cocaine. At approximately 5:30 p.m., the agents believed that Palma told the alleged buyer that the nine ounces of cocaine would be ready in about thirty minutes and that it would be placed in a bucket in the bed of Palma's truck which was parked in the driveway of his residence at 2757 East Lakeshore Drive. DEA agents observed Palma depart his residence a few minutes later and, at approximately 6:12 p.m., observed the alleged buyer arrive at Palma's residence and pull into the driveway. The alleged buyer departed approximately two minutes later, and texted Palma indicating that he had picked up the cocaine. The agents believed that Palma engaged in a drug trafficking transaction, and that Palma provided controlled substances to the alleged buyer.

In January 2019, law enforcement officers obtained a federal search warrant for Palma's residence located at 2757 East Lakeshore Drive in Baton Rouge. On January 17, 2019, prior to

3

executing the search warrant, law enforcement officers learned through intercepted wire communications that Palma would soon be departing his residence. Approximately an hour later, the officers observed the Chevrolet Tahoe driven by Palma departing the residence. The officers conducted an investigatory stop of the Chevrolet Tahoe. Inside the Tahoe, they found and seized a blue bank-type bag containing $24,230.00 in U.S. currency.

That same day, law enforcement officers executed the federal search warrant at 2757 East Lakeshore Drive in Baton Rouge. The officers interviewed Brittany Allison at the residence. Allison told the agents that she was Palma's girlfriend and that they have lived together at the residence at 2757 East Lakeshore Drive for approximately three years.

During the execution of said warrant, officers found and seized numerous items in the residence including 1,148 grams of cocaine and 612 grams of marijuana. Officers also found and seized numerous firearms which were located in various areas of the residence, including in the master bedroom, master bathroom, upstairs closet, kitchen, and in the bar area. Additionally, they found and seized $228,880.00 in U.S. currency in the top of a column attached to the fireplace.

The following day, on January 18, 2019, DEA agents seized Palma's 2010 Rolls Royce Ghost, VIN SCA664S55AUX48642. The DEA transferred this vehicle to the U.S. Marshals Service for storage.

It is believed that the $24,230.00 in U.S. currency found in Palma's Tahoe, and the $228,880.00 in U.S. currency found in Palma's residence are moneys furnished or intended to be furnished in exchange for a controlled substance, or are moneys used or intended to be used to facilitate a drug offense, in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and are, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6). It is also believed that the 2010 Rolls Royce Ghost, VIN SCA664S55AUX48642, is property traceable to moneys furnished or intended to be furnished by any person in exchange for a

4

controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

## LAW

21 U.S.C. § 881(a)(6) provides that the following shall be subject to forfeiture to the United States:

"All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter."

## BASIS FOR FORFEITURE

The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it represents moneys, negotiable instruments and other things of value furnished and intended to be furnished in exchange for a controlled substance, or proceeds traceable to such exchanges, or money used or intended to be used to facilitate any drug offense, in violation of 21 U.S.C. § 841.

## CLAIM FOR RELIEF

Based on the facts set forth and incorporated herein, the defendant property should be properly condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 881(a)(6).

WHEREFORE, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs

5

and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ J. Brady Casey
_____
J. Brady Casey, LBN 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: john.casey@usdoj.gov

6

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

IN THE MATTER OF
$24,230.00 U.S. CURRENCY
$228,880.00 U.S. CURRENCY
2010 ROLLS ROYCE GHOST
VIN SCA664S55AUX48642

CIVIL ACTION NO. 20-CV-

## VERIFICATION

I, Timothy Fabre, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the United States Drug Enforcement Administration, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Task Force Officer of the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this 10 day of April, 2020.

TIMOTHY FABRE
Task Force Officer, DEA

7

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

UNITED STATES OF AMERICA

*Plaintiff(s)*

v.   Civil Action No. 20-CV-227-

$253,110.00 in U.S. Currency
and 2010 Rolls Royce Ghost

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* $253,110.00 in U.S. Currency and 2010 Rolls Royce Ghost

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. BRAD CASEY
ASSISTANT UNITED STATES ATTORNEY
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Date: _____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-227-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ .

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$253,110.00 in U.S. Currency and 2010 Rolls Royce Ghost

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
J. Brad Casey, AUSA
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801  TEL: 225-389-0443

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 21, United States Code, Section 801 et seq.

Brief description of cause:
Forfeiture In Rem

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
04/13/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ J. Brad Casey

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____